# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

October 7, 2011

**Hand Delivered by United States Marshall**

Managing Partner
The Glenmore Law Firm
5010 Sunnyside Avenue, Suite 201
Beltsville, MD 20705

    Re:   *Braxton v. Deutche Bank National Trust Company, et al.*
           Civil Action No. RWT-11-815

           *Lampton, et al. v. Household Finance Corporation, et al.*
           Civil Action No. RWT-11-1364

Dear Sir/Madame:

    This Court entered a Memorandum Opinion and Order on September 23, 2011 directing Mr. Esthus Christopher Amos, the plaintiff's counsel of record in *Braxton v. Deutche Bank National Trust Company, et al*, to file a status report within seven days of the Order. Doc. Nos. 23, 24. In a Motion for Extension of Time filed by Mr. Amos on May 31, 2011, he represented that the "Glenmore Law Firm has not had adequate time to prepare a proper response to Defendants' Motion to Dismiss." Doc. No. 19. Neither Mr. Amos nor any other attorney from your law firm has filed an opposition to the motion to dismiss that was filed on April 4, 2011, in this case. Neither Mr. Amos nor any other attorney from your law firm has filed a status report as ordered by this Court on September 23, 2011, which directed that the report be filed no later than September 30, 2011. I have attached the Memorandum Opinion and Order for your convenience. (Attachment A)

    On September 15, 2011, this Court entered a Memorandum Opinion and Order directing Tawana Shephard of your firm, who is the plaintiff's counsel of record, in *Lampton v. Household Finance Corporation, et al.*, to file a status report by September 30, 2011. Doc. Nos. 18, 19. There are currently two pending motions to dismiss filed by the defendants on May 26, 2011. Doc. Nos. 9, 12. Neither Ms. Shephard nor any other attorney from your law firm has filed an opposition to the motions to dismiss. Neither Ms. Shephard nor any other attorney from your law firm has filed a status report as ordered by this Court on September 15, 2011, which directed that the report be filed no later than September 30, 2011. I have attached the Memorandum Opinion and Order for your convenience. (Attachment B)

Managing Partner
The Glenmore Law Firm
Page 2
October 7, 2011

      It is apparent from examination of the file in both these cases that virtually nothing has been done for the Plaintiffs by Mr. Amos, Ms. Shephard, or any other attorney associated with the Glenmore Law Firm since the matters were removed to this Court. Maryland Lawyer's Rule of Professional Conduct 5.1 imposes supervisory responsibilities on law firms for the actions of attorneys employed by them.

      Please give this matter your immediate attention and see to it that the overdue status reports are filed immediately, together with a complete explanation for the failure of the attorneys with your firm to comply with orders of this Court.

                                                                Sincerely,

                                                           Roger W. Titus
                                                   United States District Judge

RWT/cmc

Attachments