IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEATRICE BRAXTON | : | |
| Plaintiff | : | |
| v. | : | Civil Case No. RWT 11-815 |
| DEUTSCHE BANK NATIONAL TRUST CO., et al. | : | |
| | : | |
| Defendants | | |
| | : | |

## **SHOW CAUSE ORDER**

On September 23, 2011, this Court entered an Order directing Plaintiff's counsel, Esthus Christopher Amos, to file a status report within seven days of the date of the Order containing the information set forth in the accompanying Memorandum Opinion. To date, the report, as directed, has not been filed. Accordingly, it this 17th day of October, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's counsel, Esthus Christopher Amos, Esquire, is directed to **appear personally before this Court at 11:45 a.m. on the 31st day of October, 2011**, to show cause why he should not be held in contempt of court for failure to comply with this Court's Order of September 23, 2011; and it is further

**ORDERED**, that the Clerk of this Court is directed to mail copies of this Show Cause Order to Esthus Christopher Amos at the following addresses:

>Law Office of E. Christopher Amos
>P.O. Box 1385
>Laurel, MD  20725
>
>The Glenmore Law Firm, LLC
>5010 Sunnyside Avenue
>Beltsville, MD  20705
>
>610 Main Street, #210
>Laurel, MD  20707

_____/s/_____
Roger W. Titus
United States District Judge
